**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 21, 2020

By ECF

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

**Re:  United States v. Wellington Pinder, 19 Cr. 273 (KPF)**

Dear Judge Failla:

In advance of sentencing, we attach a letter from St. Mark's Place Institute for Mental Health, where, as discussed in our sentencing submission, Mr. Pinder has been engaged in anger management treatment at the direction of Pretrial Services. His counselor at St. Mark's notes that Mr. Pinder "has demonstrated tremendous progress in his ability to recognize stressful situations and respond in adaptive ways, and he has shown particular progress in his ability to reflect on consequences and choose appropriate courses of action." We respectfully request that the Court consider the information in this letter in formulating its sentence.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Thomas John Wright, Esq.



**St. Mark's Place Institute for Mental Health, Inc.**
57 ST. MARK'S PLACE, NEW YORK, NY 10003
TEL. (212) 982-3470-71 FAX (212) 477-0521
st.marks@unitas-nyc.org

10 January 2019

To Whom It May Concern:

Mr. Wellington Pinder has been a patient at our clinic since 25 March 2019. Since then, he has been seen for an initial psychiatric evaluation and twice weekly psychotherapy, with diagnoses of Schizoid Personality Disorder (F60.1), Borderline intellectual functioning (R41.83), and Irritability and anger (R45.4).

Wellington's attendance at his twice weekly sessions has been perfect and he has been very engaged in his Dialectic Behavioral Therapy (DBT) treatment emphasizing emotional regulation, distress tolerance, and anger management. During our work together, Wellington has demonstrated tremendous progress in his ability to recognize stressful situations and respond in adaptive ways, and he has shown particular progress in his ability to reflect on consequences and choose appropriate courses of action. He has also integrated a wide set of concrete skills to address emotional reactivity, and shows strong motivation to continue developing these skills in the future.

Due to a long history of being bullied and his cognitive limitations, Wellington does still struggle when confronted with perceived aggression, and he maintains some rigidity around personal space and idiosyncratic emotional boundaries. These issues remain a focus in treatment and I am hopeful that continued work together could help him to become more flexible in these areas.

Please let me know if I can provide further information.

Sincerely,

Adam Siroky, LMSW
License: 100602-1 / NPI: 1891223061
St. Mark's Place Institute for Mental Heath
57 Saint Marks Place, NYC 10003
Email: asiroky@unitas-nyc.org
Tel: 212 982 3479 ext 353
Fax: 212 477 0521